```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA,

VS.                              NO. 04-20095-01-Ma

NAGI ALKABSH,

    Defendant.

---

### ORDER ON CHANGE OF PLEA AND <u>SETTING</u>

This cause came to be heard on June 13, 2005, the United States Attorney for this district, Stephen Parker, appearing for the government and the defendant, Nagi Alkabsh, appearing in person and with counsel, James Marty.

With leave of court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, SEPTEMBER 14, 2005, at 9:15 A.M., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays, Jr.**

Defendant is allowed to remain released on the present bond.

**ENTERED** this 15th day of June, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:04-CR-20095 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT