IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 OCT 17 PM 3:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                     NO. 04-20095-Ma

NAGI ALKABSH,

      Defendant.

ORDER RESETTING SENTENCING DATE

    Before the court is the defendant's October 13, 2005, motion to reset the sentencing of Nagi Alkabsh, which is presently set for October 26, 2005. For good cause shown, the motion is granted. The sentencing of defendant Nagi Alkabsh is **reset to Monday, November 7, 2005, at 9:00 a.m.**

    It is so ORDERED this 17th day of October, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-20-05

119

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:04-CR-20095 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT